**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES KENNETH MIZE, | Case No. 2:14-CV-01127-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES NAVY, | (Dkt. #2) |
| Defendant. | |

On July 15, 2014, Magistrate Judge Ferenbach entered a Report & Recommendation (Dkt. #2) recommending I dismiss the Plaintiff's Petition for Writ of Mandamus with prejudice. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #2) is accepted and Plaintiff's Petition for Writ of Mandamus is DISMISSED with prejudice.

DATED this 20th day of January, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE